Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 fax
nick@ferrarovega.com / lauren@ferrarovega.com

*Attorneys for Plaintiff Alexis Brimingham*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BRIMINGHAM, on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALERE SAN DIEGO, INC.; ABBOTT LABORATORIES; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 3:25-cv-00122-BJC-DEB<br><br>**NOTICE OF APPEARANCE FOR DOROTA A. JAMES AS COUNSEL FOR PLAINTIFF ALEXIS BRIMINGHAM** |

NOTICE OF APPEARANCE
*Brimingham v. Alere San Diego, Inc., et al.*

**TO THE COURT, ALL INTERESTED PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiff Alexis Brimingham hereby notifies the Court that Dorota A. James of Ferraro Vega Employment Lawyers will join as counsel of record in this matter.  The filing of this notice constitutes the first appearance in this case of the attorney listed below, and other members of this attorney's firm have previously appeared in this case.

The contact information for the additional counsel is as follows:

**Dorota A. James (State Bar No. 309933)**

Ferraro Vega Employment Lawyers, Inc.

3333 Camino del Rio South, Suite 300

San Diego, California 92108

(619) 693-7727 main / (619) 350-6855 facsimile

dorota@ferrarovega.com

Dorota A. James is admitted to practice in the United States District Court for the Southern District of California and is a member in good standing.  This addition will not result in any delay of the proceedings, the discovery scheduled, or the trial date.

Respectfully submitted,

Dated: June 4, 2026                    *Ferraro Vega Employment Lawyers, Inc.*

_____
Dorota A. James
*Attorney for Plaintiff Alexis Brimingham*

- 1 -

NOTICE OF APPEARANCE
*Brimingham v. Alere San Diego, Inc., et al.*