Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 fax
nick@ferrarovega.com / lauren@ferrarovega.com

*Attorneys for Plaintiff Alexis Brimingham*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BRIMINGHAM, on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALERE SAN DIEGO, INC.; ABBOTT LABORATORIES; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:25-cv-00122-BJC-DEB <br><br> **NOTICE OF WITHDRAWAL OF ELYSSA MARTINEZ** |

NOTICE OF WITHDRAWAL OF ELYSSA MARTINEZ
*Brimingham v. Alere San Diego, Inc., et al.*

**TO THE COURT, ALL INTERESTED PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Elyssa Martinez is no longer an attorney of record for this matter.  Nicholas J. Ferraro, Lauren N. Vega, Dorota A. James, and Nicolas P. Ahadzadeh of Ferraro Vega Employment Lawyers, Inc., will continue to represent Plaintiff ALEXIS BRIMINGHAM.

All interested parties and counsel of record are requested to update their service lists accordingly.

Respectfully submitted,

Dated: June 4, 2026                    *Ferraro Vega Employment Lawyers, Inc.*

_____

Dorota A. James
*Attorney for Plaintiff Adrian Quiambao*

- 1 -                    Case No. 3:25-cv-00122-BJC-DEB

NOTICE OF WITHDRAWAL OF ELYSSA MARTINEZ
*Brimingham v. Alere San Diego, Inc., et al.*