SEYFARTH SHAW LLP
Michele J. Beilke (SBN 194098)
mbeilke@seyfarth.com
Julia Y. Trankiem (SBN 228666)
jtrankiem@seyfarth.com
Steven A. Morphy (SBN 313275)
smorphy@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:   (213) 270-9601

SEYFARTH SHAW LLP
David J. Kim (SBN 349802)
dakim@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendants
ALERE SAN DIEGO, INC. and ABBOTT
LABORATORIES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS BRIMINGHAM, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALERE SAN DIEGO, INC.; ABBOTT LABORATORIES; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-00122-BJC-DEB<br><br>[San Diego County Superior Court Case No. 24CU028634C]<br><br>**NOTICE OF APPEARANCE FOR STEVEN A. MORPHY AS COUNSEL FOR DEFENDANTS ALERE SAN DIEGO, INC. AND ABBOTT LABORATORIES**<br><br>Complaint Filed: December 16, 2024<br>Action Removed: January 17, 2025 |

NOTICE OF APPEARANCE OF STEVEN A. MORPHY

326683576v.1

**TO THE HONORABLE COURT, PLAINTIFF, AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Alere San Diego, Inc. and Abbott Laboratories hereby notify the Court that Steven A. Morphy of Seyfarth Shaw LLP will join as counsel of record in this matter. The filing of this notice constitutes the first appearance in this case of the attorney listed below, and other members of this attorney's firm have previously appeared in this case.

The contact information for the additional counsel is as follows:

SEYFARTH SHAW LLP
Steven A. Morphy (SBN 313275)
smorphy@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:    (213) 270-9601

Steven A. Morphy is admitted to practice in the United States District Court for the Southern District of California and is a member in good standing. This addition will not result in any delay of the proceedings, the discovery scheduled, or the trial date.

DATED:  June 18, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: _/s/Steven A. Morphy_
    Michele J. Beilke
    Julia Y. Trankiem
    Steven A. Morphy
    David J. Kim
    Attorneys for Defendants
    ALERE SAN DIEGO, INC. and
    ABBOTT LABORATORIES

2
NOTICE OF APPEARANCE OF STEVEN A. MORPHY

326683576v.1